TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00031-CR







Rosendo Torres, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF DALLAS COUNTY, 283RD JUDICIAL DISTRICT


NO. F-9603701-WT, HONORABLE E. PAUL BANNER, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Ms. Scala D. Byers, is ordered to tender a brief in this cause no later than June 18, 2003. 
No further extension of time will be granted.

It is ordered June 12, 2003. 


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish